# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

2008 MAR -5 AM 11:41

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: CR402-00112-001 |
| Kenneth Lonon ) | USM No: 11132-021 |
| Date of Previous Judgment: October 16, 2002 ) | James V. Painter |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __83__ months **is reduced to** __time served__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__        Amended Offense Level: __27__
Criminal History Category: __IV__     Criminal History Category: __IV__
Previous Guideline Range: __121__ to __151__ months    Amended Guideline Range: __100__ to __125__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __October 16, 2002,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 5, 2008__

Judge's signature

William T. Moore, Jr.
Effective Date: __March 15, 2008__     Chief Judge, U.S. District Court
(if different from order date)    Printed name and title